IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-0096 |
| v. ) | |
| ) | JUDGE TRAUGER |
| APRIA HEALTHCARE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Apria Healthcare (Docket No. 39) is **GRANTED**.

It is so ordered.

Enter this 2nd day of March 2006.

_____
ALETA A. TRAUGER

United States District Judge